## Medical Service Association of Pennsylvania Appeal.

Argued December 9, 1971.

*William H. Wood*, with him *George H. Hafer*, and *Metzger, Hafer, Keefer, Thomas and Wood*, for appellant; *George B. Stuart* and *Thomas I. Myers*, with them *Myers, Myers, Flower & Johnson*, for appellees.

Order affirmed on the opinion of Judge WEIDNER of the court below.

## Provident National Bank *v.* Gitomer, Appellant.

Argued December 6, 1971. *John R. Padova*, with him *Sheldon L. Albert*, and *Solo, Bergman, Trommer, Padova & Albert*, for appellant; *Thomas B. Rutter*, with him *S. Gerald Litvin, James D. Lowry, David B. Robb*, and *Litvin and Rutter*, for appellee.

Order affirmed.